Andrew P. Gordon, Esq.
Nevada Bar No. 3421
McDonald Carano Wilson LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas NV 89102
Phone: (702) 873-4100
Fax:    (702) 873-9966
Email: agordon@mcdonaldcarano.com

Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dfingerman@mount.com

Counsel for PowerTac and Jian Li

U.S. District Court
District of Nevada

SureFire LLC

    Plaintiff

vs.

PowerTac and Jian Li

    Defendant

Case No. 2:12-cv-00100-GMN-RJJ

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE**

Now before the court is the parties' Joint Motion To Transfer Venue. For good cause, the motion is GRANTED.

Pursuant to 28 U.S.C. § 1404(a), this case transferred to the Southern District of California, San Diego Division. The scheduling order previously entered by this court is hereby vacated.

Date:  April 4, 2013.

_____
Gloria M. Navarro
United States District Judge